UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re: the Matter of A.B.

MICHELANGELO GUISEPPE BORRELLO,

        Petitioner,

    v.

CHANDRA LYN LONG,

        Respondent.

NO. C19-1341RSL

ORDER TO SHOW CAUSE AND FOR SERVICE

This matter comes before the Court on petitioner's "Motion for Order to Show Cause for Expedited Hearing and Memorandum in Support of Petition Pursuant to the Hague Convention." Dkt. # 5. Having reviewed the motion and the remainder of the record, it is hereby

ORDERED that respondent Chandra Lyn Long shall appear before the Court for an evidentiary hearing on petitioner Michelangelo Guiseppe Borrello's "Petition for Return of Child Under the Hague Convention on the Civil Aspects of International Child Abduction" (Dkt. # 1) on November 14, 2019, at 10:00 a.m., at the United States Courthouse, 700 Stewart Street, Seattle, Washington, in Courtroom 15106. It is further

ORDERED that respondent Chandra Lyn Long is not to remove the child, A.B., from the

ORDER TO SHOW CAUSE
AND FOR SERVICE - 1

Western District of Washington without prior written approval from the Court. It is further

ORDERED that any papers in opposition to the petition for the return of A.B. and a list of witnesses who will testify at the evidentiary hearing shall be filed no later than November 1, 2019. It is further

ORDERED that petitioner shall personally serve copies of this order, the petition (Dkt. # 1), and the motion for order to show cause and all attachments (Dkt. # 5 and # 6) on respondent within seven days of the date of this order.

Dated this 26th day of September, 2019.

*Robert S. Lasnik* (signature)
Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE
AND FOR SERVICE - 2