# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| In re: the Matter of A.B.<br><br>MICHELANGELO GUISEPPE BORRELLO,<br>               Petitioner,<br>    v.<br>CHANDRA LYN LONG,<br>               Respondent. | NO. C19-1341RSL<br><br>ORDER CONTINUING TRIAL DATE |

This matter comes before the Court on the parties' request for a continuance of the trial date so that the parties have an opportunity to mediate their dispute. Dkt. # 24. The request is GRANTED: the trial date and all pretrial deadlines are hereby STRICKEN. The parties shall, on or before January 6, 2020, file a joint status report regarding the status of their mediation, whether a new trial date is necessary, and proposed trial and pretrial deadlines.

Dated this 14th day of November, 2019.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER CONTINUING TRIAL DATE - 1