The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON, SEATTLE

| | |
|---|---|
| In re: the Matter of A.B.<br><br>Michelangelo Giuseppe Borrello,<br><br>       Petitioner,<br><br>v.<br><br>Chandra Lyn Long,<br><br>       Respondent. | NO.  2:19-CV-1341-RSL<br><br>ORDER GRANTING STIPULATED MOTION TO DISMISS |

The parties having stipulated and moved the Court to dismiss this matter, together with all counterclaims, and without costs or fees to either party, and the Court having considered the motion:

The Court finds good cause to grant the stipulated motion to dismiss this action. Therefore, the Court ORDERS that this matter is hereby dismissed with prejudice.

Dated this 28th day of September, 2020.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge



WECHSLER BECKER, LLP
701 FIFTH AVENUE, SUITE 4550
SEATTLE, WA 98104
T: 206.624.4900 | F: 206.386.7896